Argued October 25, reversed November 8, reconsideration denied December 15, 1976, petition for review denied January 11, 1977

ANDERSON, *Respondent,*

*v.*

STATE ACCIDENT INSURANCE FUND, *Appellant.*

(No. A-76-04-04881, CA 6562)

555 P2d 927

*Kevin L. Mannix,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

*Sidney A. Galton,* Portland, argued the cause for respondent.

Before Schwab, Chief Judge, and Fort and Lee, Judges.

PER CURIAM.

Reversed. *Reed v. Del Chemical,* 26 Or App 733, 554 P2d 586 (1976).